| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| In Re:<br><br>William J. Lovins, Sr. |

Case Number:    13-19513-CMG

Chapter:    13

Judge:    Gravelle

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO: William J. Lovins, Sr.
     Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post-petition amounts.

DATE: 06/13/2018                  JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*