Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.:  13−19513−CMG
> Chapter:  13
> Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J. Lovins Sr.
   111 Springfield Mettinghouse Road
   Jobstown, NJ 08041

Social Security No.:
   xxx−xx−4582

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

   All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

     If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: September 27, 2018
JAN: amg

                                                                           Jeanne Naughton
                                                                           Clerk

```
United States Bankruptcy Court
      District of New Jersey
In re:                                                          Case No. 13-19513-CMG
William J. Lovins, Sr.                                          Chapter 13
        Debtor              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin            Page 1 of 2          Date Rcvd: Sep 27, 2018
                              Form ID: cscnodsc     Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2018.
db           +William J. Lovins, Sr.,    111 Springfield Mettinghouse Road,    Jobstown, NJ 08041-2217
513901993    +ADT Security Systems Inc,    c/o Tate & Kirlin Assoc,    2810 Southampton Road,
               Philadelphia, PA 19154-1207
514141794     AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
514160207     AMERICAN EXPRESS TRAVEL RELATED SERVICES,    COMPANY, INC.,    C/O BECKET AND LEE LLP,    POB 3001,
               MALVERN, PA 19355-0701
513901994    +Allergic Disease Associates PC,     205 N Broad Street   Ste 300,    Philadelphia, PA 19107-1578
513901995    +American Express,    PO Box 981537,    El Paso, TX 79998-1537
513902000    +Comcast Cherry Hill NJ,    c/o Eastern Accounts System,    75 Glen Road, Ste. 110,
               Sandy Hook, CT 06482-1170
513924884    +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
513902002    +Health Innovations Unlimited,    38 Industrialway E,    Eatontown, NJ 07724-3320
513902003    +Home Depot/Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
513902006    +Macys,   PO Box 8218,    Mason, OH 45040-8218
513902007    +Midland Funding,   c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
515908058   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,     PO Box 619096,    Dallas, TX 75261-9741)
513940235    +ONE WEST BANK,FSB,    POST OFFICE BOX 829009,    DALLAS, TEXAS 75382-9009
514348432    +Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    1100 Virginia Drive, Suite 175,
               Fort Washington, PA 19034-3278
514348433    +Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    1100 Virginia Drive, Suite 175,
               Fort Washington, PA 19034,    Ocwen Loan Servicing, LLC 19034-3278,
               Attn: Bankruptcy Department
513993453   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,     Division of Taxation,    Bankruptcy Section,
               PO Box 245,    Trenton, NJ 08695-0245)
513902010     South Jersey Family & Specialty,    2906 route 130,    Delran, NJ 08075-2521
513902011     State of New Jersey,   Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
513902012    +Steve Yeretzian,    1075 Hedding Road,    Columbus, NJ 08022-2093
513902013     Virtua Medical Group,    PO Box 6028,    Bellmawr, NJ 08099-6028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2018 00:04:37      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2018 00:04:32      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
513975134     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 28 2018 00:07:40
               American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
               Oklahoma City, OK  73126-8941
513901997    +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2018 00:08:14      Bank of America,
               c/o Cach LLC,   4340  S Monaco Street Unit 2,    Denver, CO 80237-3485
514158282    +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2018 00:08:09      CACH, LLC,
               4340 S. MONACO ST. 2ND FLOOR,    DENVER, CO 80237-3485
513995187    +E-mail/Text: bncmail@w-legal.com Sep 28 2018 00:04:46      CERASTES, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513901998    +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2018 00:07:30      Cach LLC,
               4340 S Monaco,   Second Floor,    Denver, CO 80237-3485
513901999    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 28 2018 00:04:31      Citibank South Dakota NA,
               c/o Midland Funding,    8875 Aero Drive  Ste 200,    San Diego, CA 92123-2255
513902005     E-mail/Text: cio.bncmail@irs.gov Sep 28 2018 00:03:53      IRS,   PO Box 7346,
               Philadelphia, PA 19101-7346
513902004     E-mail/Text: EBN_Notifications@OWB.com Sep 28 2018 00:04:27      IndyMac Mortgage Services,
               PO Box 78826,   Phoenix, AZ 85062-8826
513902008    +E-mail/PDF: cbp@onemainfinancial.com Sep 28 2018 00:08:29      OneMain,   6801 Colwell Blvd,
               Irving, TX 75039-3198
513902009    +E-mail/Text: EBN_Notifications@OWB.com Sep 28 2018 00:04:27      OneWest Bank,
               6900 Beatrice Drive,    Kalamazoo, MI 49009-9559
515404366     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2018 00:07:19
               Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
515404367     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2018 00:07:20
               Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541,
               Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Sep 27, 2018
                              Form ID: cscnodsc          Total Noticed: 35

513901996*      +American Express,   PO Box 981537,   El Paso, TX 79998-1537
513902001*      +Comcast Cherry Hill NJ,   c/o Eastern Accounts System,   75 Glen Road, Ste. 110,
                  Sandy Hook, CT 06482-1170
515908059*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741,
                  Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741)
                                                                                           TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    Ocwen Loan Servicing, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Andrew M. Lubin    on behalf of Creditor    Ocwen Loan Servicing, LLC bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Eric   Clayman    on behalf of Debtor William J. Lovins, Sr. jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage, LLC rsolarz@kmllawgroup.com
              Stephanie F. Ritigstein    on behalf of Debtor William J. Lovins, Sr. jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
                                                                                              TOTAL: 8
```